UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TOLEDO,<br>　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br>　　　　Defendant.<br>_____/ | No. C09-3318 H.L. MED.<br><br>**ORDER APPROVING REQUEST FOR DEFENDANT'S CORPORATE REPRESENTATIVE TO ATTEND MEDIATION BY PHONE**<br><br>Date:　　January 27, 2010<br>Mediator:　Christopher Sullivan |

　　　　IT IS HEREBY ORDERED that defendant's corporate representative, Brian Bowers, is excused from personal attendance at the January 27, 2010, mediation before Christopher Sullivan. Mr. Bowers shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

　　　　IT IS SO ORDERED.

January 21, 2010　　　　　　　By:　　_[signature: Elizabeth D. Laporte]_
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge