Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MARTHA TOLEDO

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN FRANCISCO DIVISION

| MARTHA TOLEDO, | ) | **Case No.: 09-cv-03318 HRL** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| | ) | |
| FINANCIAL RECOVERY SERVICES, | ) | |
| INC., | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, MARTHA TOLEDO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

1

2

3   DATED: January 28, 2010

4

5

6

7

8.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Respectfully Submitted,

KROHN & MOSS, LTD.

By: /s/ Nicholas Bontrager

Nicholas Bontrager
Attorney for Plaintiff