*E-FILED 03-12-2010*

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA TOLEDO,<br><br>   Plaintiff,<br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.<br><br>   Defendant. | Case No.: **5:09-cv-03318 HRL**<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   March 12, 2010

_____
Howard L. Lloyd
United States Magistrate Judge

1

~~[Proposed]~~ Order